

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2024

No. 04-23-00287-CV

**IN THE MATTER OF THE ESTATE OF** Eddy Colbert **CARR**

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. 2022-PC-0301
Honorable Kirsten Legore, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

We ORDER appellee Michael Carr shall recover his costs incurred in this court from appellant Gladys Carr.

It is so **ORDERED** on August 7, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2024.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk